# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>  vs.<br><br>HENRY A. GAMBOA,<br><br>                   Defendant. | Case No. 17cr3759-MMA<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA**<br><br>[Doc. No. 43] |

Defendant Henry A. Gamboa is charged in a two-count Superseding Information with importing methamphetamine, in violation of Title 21, United States Code, sections 952 and 960. *See* Doc. No. 30. On June 13, 2018, Defendant pleaded guilty to Count 2 via a written plea agreement. *See* Doc. No. 33. Defendant now moves to withdraw the plea of guilty pursuant to Federal Rule of Criminal Procedure 11. *See* Doc. No. 43. The government does not oppose the motion.

A district court may permit a defendant to withdraw an accepted guilty plea before sentencing if "the defendant can show a fair and just reason for requesting the withdrawal." Fed. R. Crim. P. 11(d)(2)(B). The defendant has the burden of demonstrating a fair and just reason for withdrawal of the plea, *see id.*; however, the standard is applied liberally. *See United States v. Nagra*, 147 F.3d 875, 880

(9th Cir. 1998); *see also United States v. Signori*, 844 F.2d 635, 637 (9th Cir. 1988) (stating that a motion to withdraw a plea pre-sentence should be "freely allowed"). "Fair and just reasons for withdrawal include inadequate Rule 11 plea colloquies, newly discovered evidence, intervening circumstances, or any other reason for withdrawing the plea that did not exist when the defendant entered his plea." *United States v. Ortega-Ascanio*, 376 F.3d 879, 883 (9th Cir. 2004).

Here, Defendant seeks to withdraw his previously entered plea of guilty on the grounds that the expansion of Safety Valve eligibility by the recently-enacted First Step Act of 2018 may materially alter the sentence he receives in this case. The Court finds that this circumstance constitutes a "fair and just reason" for withdrawal of Defendant's guilty plea. Accordingly, the Court **GRANTS** Defendant's motion.

**IT IS SO ORDERED**.

DATE: February 11, 2019

HON. MICHAEL M. ANELLO
United States District Judge